**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| LYNN GARCIA, | |
| Plaintiff, | Cause No. |
| v. | **JURY TRIAL DEMANDED** |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., | |
| Defendant. | |

**NOTICE OF REMOVAL**

Defendant Love's Travel Stops & Country Stores, Inc. ("Love's"), by and through undersigned counsel, removes this case to the United States District Court for the Southern District of Illinois, pursuant to 28 U.S.C. §§ 1441 and 1446, stating as follows:

*Underlying Incident & Procedural Background*

1. Plaintiff alleges that on September 5, 2019, she tripped and fell when she stepped into a hole, allegedly due to the claimed negligence of Love's. She claims that she fractured her arm as a result and required surgery.

2. Love's has been advised that Plaintiff's employer, via its workers' compensation carrier, paid $99,030.32 for medical treatment and $97,673.87 in indemnity benefits, purportedly related to this alleged accident. *See* Correspondence from CBCS, dated August 20, 2020, attached as Exhibit A.

3. On September 23, 2020, Plaintiff filed a Complaint in the Circuit Court for the Twentieth Judicial Circuit in Clinton, Illinois, seeking to recover for her alleged injuries. Plaintiff named Love's as the sole defendant in this matter.

4. Plaintiff seeks to recover for past and future medical bills, past and future lost enjoyment of life, severe physical and emotional pain and suffering, disability, and disfigurement, that she alleges were sustained as a result of her fall.

### *Basis for Federal Jurisdiction*

5. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

6. Plaintiff did not allege her citizenship in the state court Complaint but alleged that she was a resident of Lafeyette County, Missouri. Upon information and belief, Plaintiff is a citizen of Missouri.

7. Love's is a citizen of Oklahoma, as it is a corporation organized under the laws of Oklahoma and maintains its principal place of business in Oklahoma.

8. Therefore, there is complete diversity of citizenship between the parties.

9. Pursuant to state-court rules of pleading, Plaintiff did not specify the exact amount of damages sought, only that she seeks damages in excess of $50,000. Where the Complaint's *ad damnum* clause does not reveal whether the amount in controversy threshold is satisfied, a defendant may prove this element of diversity jurisdiction by a preponderance of evidence that the "stakes are at least $75,000." *Andrews v. E.I. Du Pont De NeMours and Co.*, 447 F.3d 510, 514-15 (7th Cir. 2006). Where medical and rehabilitation expenses related to the claim exceed $75,000, the amount in controversy is satisfied. *Id*.

10. As noted above, Plaintiff seeks to recover past and future medical expenses, and the workers' compensation carrier has advised that it paid medical expenses of $99,030.32, with respect to Plaintiff's fall. Accordingly, the amount in controversy is satisfied.

*Timeliness of Removal*

11. Love's was served with a copy of Plaintiff's Complaint on September 30, 2020. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 355-56 (1999) (holding that the 30-day period under 28 U.S.C. § 1446(b)(1) does not begin to run until defendant has been served with formal process in the action).

12. Love's Notice of Removal is timely, as it was filed on October 30, 2020, within 30 days of being served.

*Other Procedural Requirements*

13. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Love's Stores in the state court action is filed as Exhibit B.

14. As required by 28 U.S.C. § 1446(d), counsel for Love's Stores contemporaneously files a Notice of Filing with the Circuit Court for the Twentieth Judicial District of Illinois, in Clinton County, Illinois, which will advise the state court and Plaintiff of this removal.

WHEREFORE, Defendant Love's removes this action to this Court and respectfully requests that this Court award such further relief as this Court deems appropriate and just.

**DEFENDANT DEMANDS TRIAL BY JURY.**

      Respectfully submitted,

      /s/ William A. Brasher
---

William A. Brasher, #6195234IL
Allison E. Lee, #6304864IL
**BOYLE BRASHER LLC**
1010 Market Street, Suite 950
St. Louis, Missouri 63101
P: (314) 621-7700
F: (314) 621-1088
wbrasher@boylebrasher.com
alee@boylebrasher.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 30th day of October 2020, the foregoing was filed electronically using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record:

Derek J. Siegel
KUEHN, BEASLEY, & YOUNG, P.C.
23 South First Street
Belleville, IL 62220
P: (618) 277-7260
F: (618) 277-7718
dereksiegel@kuehnlawfirm.com

*Attorneys for Plaintiff*

      /s/William A. Brasher
---