STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
CLINTON COUNTY

LYNN GARCIA )
_____ ) 2020L27
Plaintiff/Petitioner(s) )
)
vs. ) Case No. ____20-L____
)
LOVE'S TRAVEL STOPS & COUNTRY STORE )
_____ )
Defendant/Respondent(s) )

SUMMONS

TO:   CT CORPORATION SYSTEM
      208 SO LASALLE ST., SUITE 814
      CHICAGO, IL 60604

You have been named a defendant/respondent in the complaint/petition in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint/petition.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness: 9/23/2020

_____
Clerk of the Circuit Court   MGM

(Seal of Court)
4TH JUDICIAL CIRCUIT
CLINTON COUNTY, IL

Attorney:
Derek J. Siegel
Kuehn, Beasley & Young, P.C.
23 S. First St.
Belleville, IL 62220

I certify that I have served this summons as specified on _____.

FEES —  SERVICE  $_____
        MILES    $_____
        TOTAL    $_____           _____
                                              (Officer)

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://efile.illinoiscourts.gov/faqs.htm, or talk with your local circuit clerk's office.

EXHIBIT B

Filed: 9/23/2020 11:38 AM
Rod Kloeckner
Circuit Clerk
Clinton County, Illinois

## IN THE CIRCUIT COURT OF THE
## TWENTIETH JUDICIAL CIRCUIT
## CLINTON COUNTY, ILLINOIS

| | |
|---|---|
| LYNN GARCIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 20-L- **2020L27** ) |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., | ) ) ) |
| Defendant. | ) ) |

### COMPLAINT

Comes now the plaintiff, Lynn Garcia, by and through her attorney, Derek J. Siegel of Kuehn, Beasley & Young, P.C., and for her Complaint against defendant, Love's Travel Stops & Country Stores, Inc. ("Love's"), states as follows:

1. Plaintiff is and was at all times relevant a resident of Lafeyette County, Missouri.

2. Defendant, Love's is an Oklahoma Corporation that does business in Clinton County, Illinois.

3. At all times relevant, defendant owned, operated, maintained and/or otherwise controlled the truck stop as well as the parking lot and grass surrounding the parking lot located at 8690 Richter School Road in New Baden, Clinton County, Illinois ("the premises").

4. On or about September 5, 2019, plaintiff, Lynn Garcia attempted to walk from a trashcan on the premises, located in the grass surrounding the parking lot. At or about the same time and place and at all times exercising due care and caution, she tripped in an uncovered hole next to said trashcan on the premises because the hole was concealed by grass, trash and/or debris ("the trip and fall").

1

5. As a direct and proximate result of one or more of the following acts or omissions, plaintiff, Lynn Garcia suffered serious injuries, including but not limited to a fractured right arm that required surgery.

### Count I: Negligence vs. Love's

6. Plaintiff, Lynn Garcia re-alleges Paragraphs 1 through 5 as if fully stated herein.

7. At all times relevant, plaintiff, Lynn Garcia was an intended and permissive user of the premises where the trip and fall occurred.

8. Defendant, Love's had a duty to plaintiff and everyone lawfully on the premises to maintain the premises in a reasonably safe condition.

9. Defendant breached that duty and was negligent in one or more of the following manners:

   a. Carelessly and negligently failed to fill in and/or cover a hole;

   b. Carelessly and negligently failed to manage and/or supervise grass, trash and/or debris removal on and around an uncovered hole;

   c. Carelessly and negligently failed to prevent grass, trash and/or debris from accumulating on and around an uncovered hole;

   d. Carelessly and negligently failed to remove grass, trash and/or debris on and around an uncovered hole;

   e. Carelessly and negligently failed to properly inspect the premises wherein plaintiff was caused to fall;

   f. Carelessly and negligently failed to warn people about the dangerous conditions on the premises as a result of an uncovered hole concealed by grass, trash and/or debris.

10. As a direct and proximate result of defendant's breaches of its duties to maintain the premises in a reasonably safe condition, plaintiff was injured.

11. As a result of the above-stated personal injury, plaintiff has incurred and likely will continue to incur medical bills, and she has suffered and will likely continue to suffer loss of enjoyment of life, severe physical and emotional pain and suffering, disability and disfigurement.

Wherefore, plaintiff, Lynn Garcia, requests judgment against defendant, Love's, in an amount exceeding $50,000, together with costs of suit and any other relief that the Court deems just.

KUEHN, BEASLEY & YOUNG, P.C.

By: /s/Derek J. Siegel
Derek J. Siegel #6307618
23 South First Street
Belleville, Illinois 62220
Phone: (618) 277-7260
Fax: (618) 277-7718
dereksiegel@kuehnlawfirm.com
ATTORNEYS FOR PLAINTIFFS